UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILICE SCOVELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BEVERLY HILLS, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00280-KK-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**<br><br>**[NOTE CHANGES BY COURT]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, the Report and Recommendation of United States Magistrate Judge (the "Report"), and Plaintiff's objections to the Report.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

(1) Defendants' motion to dismiss the First Amended Complaint is Granted; and

(2) the First Amended Complaint is dismissed with leave to amend.

**No later than twenty-one (21) days from this Order,** Plaintiff may file a Second Amended Complaint.  **If Plaintiff chooses to file an amended complaint, Plaintiff shall lodge as an exhibit a redlined version of the amended pleading indicating all additions and deletions of material.** Plaintiff is expressly warned that failure to file a Second Amended Complaint will result in this action being dismissed for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).

DATED: September 15, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE